UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE No. 3:06-00144 |
| | ) | JUDGE HAYNES |
| JASON J. LAW | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Comes now the Defendant, Jason J. Law, by and through counsel of record, David R. Heroux, and respectfully requests that the Revocation Hearing set for July 30, 2012, be continued for 45 days. The United States has no objection to the requested continuance. In support of this motion the defendant has filed an affidavit under seal which has also been provided to the United States.

Respectfully submitted,

**HAYMAKER & HEROUX, P.C.**

S/ David R. Heroux
David R. Heroux, B.P.R. #20798
Attorney for the Defendant
943 Main Street
Nashville, TN 37206
(615) 250-0050

*[Handwritten notation: ORDER. This motion is GRANTED. [signature] 7-27-12]*